IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATARINO GONSALEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHIEF PAPAGANI, et al.,<br><br>　　　　Defendants.<br>_____ / | 1:06-CV- 0169 REC SMS P<br><br><br>ORDER TO SUBMIT CERTIFIED<br>COPY OF PRISON TRUST ACCOUNT<br>STATEMENT **OR** PAY FILING FEE |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $250.00 filing fee.

　　　　In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust

1

account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $250.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   March 14, 2006**            /s/ **Sandra M. Snyder**
b6edp0                                             UNITED STATES MAGISTRATE JUDGE